

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2019

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**.,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate
of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

# O R D E R

Southcross Energy Partners GP, LLC's unopposed motion for an extension to file a combined brief as cross-appellee and in reply is granted. We order that Southcross's combined brief as cross-appellee and in reply is due on August 16, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court